UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY NICHOLS, 46164-007,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant(s). | Case No. 19-cv-04214-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a federal prisoner at the Administrative United States Penitentiary in Thomson, Illinois (AUSP Thompson), has filed a pro se complaint for damages under the Federal Tort Claims Act (FTCA) for an act or omission that took place while he was incarcerated at the United States Penitentiary in Atwater, California (USP Atwater).

An FTCA claim against the United States may only be brought in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred. 28 U.S.C. § 1402(b). Plaintiff clearly elected to bring suit in the district wherein the act or omission of which he complains took place. But USP Atwater, which is the County of Merced, is in the Eastern District of California rather than the Northern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District of California. See id. § 1402(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: July 29, 2019

_____
SALLIE KIM
United States Magistrate Judge