UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY NICHOLS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:19-cv-01136-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>[ECF No. 19] |

Plaintiff Angel Rodriguez is appearing pro se and in forma pauperis in this pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2674.

Currently before the Court is Plaintiff's request for entry of default, filed January 21, 2020.

This action is proceeding against the United States of America for violation of the FTCA.

On December 2, 2019, the United States Marshal returned the summons and was filed as executed reflecting the United States of America was served on November 18, 2019. (ECF No. 16.) After no response was filed, on December 23, 2019, the Court issued an order as to why entry of default should not be entered against the United States of America. (ECF No. 17.)

On January 13, 2020, Defendant United States of America filed a motion for summary judgment. (ECF No. 18.)

///

///

1

Rule 55(a) of the Federal Rules of Civil Procedure requires that the Clerk of the Court enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a). Because Defendant has now filed a response, i.e. a motion for summary judgment, entry of default is improper. However, Defendant is cautioned that future failure to file a timely response and the failure to demonstrate good cause for failing to do so may result in the imposition of sanctions. Accordingly, Plaintiff's motion for entry of default is denied.

IT IS SO ORDERED.

Dated: **January 23, 2020**

UNITED STATES MAGISTRATE JUDGE